UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
CENTRAL DIVISION

IN RE:                                              CASE NO. 15-27452
                                                    CHAPTER 13
DEBORAH LU PHIPPS
                                                    JUDGE JOEL T. MARKER

          DEBTOR                                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Lon A Jenkins files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  Wells Fargo Bank, N.A.

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 2738 | $824.93 | $824.93 | $824.93 |
| Total Amount Paid by Trustee | | | | $824.93 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit            **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-27452

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on September 19, 2018.

DEBORAH LU PHIPPS, 3731 MCCALL ST., SALT LAKE CITY, UT  84115

Wells Fargo Bank, N.A., 1 Home Campus, Bankruptcy Payment Processing, MACX# x2302-045, Des Moines, IA 50328

JORY L. TREASE, ECF Notification

UNITED STATES TRUSTEE - ECF Notification

Date:  09/19/2018                                            /s/ Lon A Jenkins
                                                             Lon A Jenkins
                                                             Chapter 13 Trustee
                                                             405 South Main Street, Suite 600
                                                             Salt Lake City, UT  84111